1
2
3
4
5
6
7

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 05 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

8    UNITED STATES OF AMERICA,               )
9                    Plaintiff,              )
                                             )    CR-04-074-RHW
10           vs.                             )
                                             )    Bail Forfeiture Declaration
11   PHUK TRAN TROUNG LE,                    )
12                    Defendant,             )
                                             )
13   and                                     )
14   THI KIM-PHUONG TRAN,                    )
                                             )
15                    Surety, Real Party In  )
16                    Interest.              )

17      Pursuant to Fed. Rules of Crim. P. 46(f)(1), the $15,002.79 surety bond

18   posted as bail in the above-entitled matter is hereby declared forfeited based on the

19   finding that the Defendant breached the conditions of pretrial release by failing to

20   appear as directed.

21      IT IS SO ORDERED this ___5___ day of _October_, 2005.

22
23
24
25                              ROBERT H. WHALEY
                                United States District Judge
26
27
28

Bail Forfeiture Declaration- 1
P50808TR.RSE.wpd